Case 1:25-mj-00133-ZMF   Document 1-1

Case: 1:25-mj-00133
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/4/2025
Description: COMPLAINT W/ARREST WARRANTS

## STATEMENT OF FACTS

The below signed affiant is a Special Agent with the Federal Bureau of Investigation.

I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2022. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. 7.

I am a Special Agent of the Federal Bureau of Investigation, and I am currently assigned to an FBI Violent Crimes Tasks Force. I have been assigned to work on kidnappings, mass-shootings, firearms violations, threats-to-life, bank and armored car robberies, carjackings, commercial armed robberies, and federal fugitive investigations in Washington, D.C. In the course of conducting these investigations, I have been involved in the use of multiple investigative techniques such as: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short-term and long-term fugitive investigations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; historical cell-site analysis, electronic device forensic analysis; conducting court-authorized electronic surveillance; and preparing and executing search and arrest warrants that have led to arrests and substantial seizures of narcotics, firearms, and other contraband.

**Investigation**

On July 31, 2025 at approximately 2:56 PM, the DC Office of Unified Communications (OUC) received a 911 call for a robbery at the Truist Bank (the "Bank") located at 6422 Georgia Avenue Northwest. The call notes stated that two subjects had passed a note to the teller demanding money. MPD officers responded to the location and confirmed that a robbery had occurred. Fourth District detectives were requested to respond to the scene. Several detectives responded to assist with the investigation.

Detective Whittington interviewed the initial 911 caller, who will be referred to as Witness-1. Witness-1 reported IT was working as a Universal Banker at the Bank, stationed at Teller #2. Witness-1 reported IT observed two male suspects enter the Bank, Suspect-2 proceeded to take a seat in a grey chair near the island in the middle of the Bank. Suspect-1 entered the Bank and walked to Witness-2's station at Teller #3 and Witness-1 overheard Suspect-1 tell Witness-2 that he would like to open a bank account. Suspect-1 further explained that he only had a photograph of his driver's license on his phone. Witness-2 asked Suspect-1 if he was in possession of a temporary paper copy of his license, to which he replied "no."

Witness-1 observed the interaction between Witness-2 and Suspect-1 and interjected ITSELF, in an attempt to assist. Witness-1 asked Suspect-1 if he was in possession of a driver's license to which he replied "no." Suspect-1 then walked over to Witness-1's station at teller #2. Witness-1 advised Suspect-1 that due to lack of identification he could not open an account in person but could open an account online. Suspect-1 then walked to a sofa inside the Bank near Suspect-2 and sat down. Witness-1 proceeded to assist the next customer.

Witness-1 stated that while both suspects were seated in the lobby another employee approached them and asked if they needed assistance, to which one of them replied that Witness-1 had told them to sit in the lobby.

Witness-1 continued to assist other customers for approximately ten to fifteen minutes and noticed that both the suspects were still seated in the lobby. Both suspects stood up from their respective seats and walked near Teller #2, where Witness-1 was working. Witness-1 then received a message on Microsoft Teams from the Bank manager stating something to the effect of the two males are waiting on you, and Witness-1 replied "yikes".

After finishing assisting the last customer, both suspects approached Witness-1's teller window and passed a note, declaring their intent to commit a robbery. The note stated without punctuation: "Give up the money right now with no problems slide money out"

Witness-1 proceeded to hand over a stack of one dollar bills, which IT believed to be approximately 400 dollars. After taking the stack of one dollar bills, Suspect-1 demanded more money . Witness-1 then handed Suspect-1 a stack of twenty dollar bills, which IT believed to be at least 2,000 dollars. Again, Suspect-1 demanded additional money, in the form of one hundred dollar bills. Witness-1 handed over a stack of fifty dollar bills, which IT believed to be at least 5,000 dollars. Again, Suspect-1 demanded one hundred dollar bills, and asked if Witness-1 had pressed a button. After stealing approximately $10,000 in US Currency, both suspects then walked

out of the Bank with the US Currency that they obtained from Witness-1. In total, the suspects stole approximately $10,000 in US Currency from the location.



**Suspect 1 (Left) and Suspect 2 (Right) at Teller #2**

Witness-1 described Suspect-1 as a black male, dark complexion with a beard, dreadlocks and gray hair. Suspect-1 was approximately 5'10-6'0 in height, thirty to forty years of age, average build wearing a light blue shirt. Suspect-1 had an unknown tattoo on his back with two lines, ashy hands, and appeared to look dirty. Witness-1 stated Suspect-1 had a slightly deep voice and would recognize him if IT saw him again.

Witness-1 described Suspect-2 as a black male, dark complexion, thirty to forty years of age, chubby, and wearing a multi-colored jacket with orange in it. Witness-1 said Suspect-2 did not speak at any time during the robbery.

Witness-1 believes the note was written by Suspect-1 while inside of the Bank. At some point, while the suspects were in the Bank, Witness-1 observed Suspect-1 at the island at the Bank writing on paper. The note that was passed resembles paper that is available for customers at the island.



**Suspect 1 (Left) and Suspect 2 (Right) at the island**

Detective Zhang interviewed Witness-2, an employee of the Bank. Witness-2 stated that IT was working at Teller #3, the farthest window from the front entrance, and the only one that was a seated window. Witness-2 saw Suspect-1 and Suspect-2 walk into the Bank together. Suspect-2 took a seat somewhere in the lobby, out of ITs view. Suspect-1 came up to Witness-2's window and stated that he wished to open a bank account. When Witness-2 asked Suspect-1 for his ID, he stated that he did not have one. After a brief conversation about obtaining an ID, Suspect-1 left Witness-2's window and sat in the lobby with Suspect-2.

Witness-2 stopped paying attention to the suspects because IT had another customer at ITs window. Ten to fifteen minutes later, Witness-2's manager came to IT and stated that the office was being shut down due to the robbery. Witness-2 described Suspect-1 as a black male, late 30s, medium complexion, thin, with long dreadlocks, wearing a t-shirt of unknown color. Witness-2 was unable to provide a physical description for Suspect-2.

Detective Savoy interviewed Witness-3. Witness-3 stated that IT observed both the suspects in the Bank. Witness-3 stated IT observed Suspect-1, wearing a blue shirt standing in line for the teller. Witness-3 observed Suspect-2 in an orange and white shirt standing by a table. One of the Bank employees asked Suspect-2 something to the effect of "are you being helped" to which he replied something to the effect, "I'm not in line." Witness-3 did not have any further information to provide about the robbery.

Truist Bank was able to provide on-scene investigators with still images from surveillance video, which capture the offense. The two individuals depicted in the footage are both black males one in a blue shirt, black pants and black sneakers with white toes and the other in an orange and white shirt with white writing on the front and tan shorts.

Further images from the Bank were provided which were of higher definition. These images were from surveillance footage of the front door to the Bank. The footage captures the suspects entering the Bank at 2:28 PM. Subsequent images were obtained of the suspects exiting the bank at approximately 2:42 PM.

Suspect-2 is wearing a black skull cap, orange, white and blue shirt with the words "Izzure" written on the chest the male has a salt and pepper beard. Suspect-1 is a black male wearing a blue shirt, has a goatee, receding hairline with dreadlocks, Suspect-1 is observed holding a sizable amount of cash in his hands and an orange bracelet on his right wrist.


**Suspect 1**


**Suspect 2**

Ring camera footage from Twekesbury Place Northwest (which connects to the rear of the Bank) shortly after the robbery captured two individuals consistent with Suspect 1 and Suspect 2 walking westbound on Twekesbury Place. Suspect 1 was carrying several items appearing to be US Currency. While walking, Suspect 1 dropped some of the US Currency, and Suspect 2 picked it up. Suspect 1 and Suspect 2 then continued walking westbound.



**Suspect 2 picking up the US Currency Suspect 1 dropped**

The Metropolitan Police Department's Real Time Crime Center (RTCC) was able to take the still images of the suspects exiting the Bank and input them into a facial recognition software which produced a possible identity for Suspect-1 as "Bobby Ranson," later determined to be Bobby Ransom, and a possible identity for Suspect-2 as "Shawn Seegars." The still images of the suspects from the surveillance footage, were used to create a "Be-On-The-Lookout" (BOLO) flier, which was disseminated to all members of the Metropolitan Police Department.

**Arrest of Suspect-1**

On July 31, 2025 at 5:25 PM, Officer R. Williams of the Second District was working in full uniform and working an overtime detail at the Metro Center transit stop located at 12th and G Street Northwest Washington DC. Officer R. Williams had previously observed the BOLO which was sent out for the bank robbery suspect.

Officer R. Williams observed a subject standing on the Shady Grove platform inside the train station, dressed in a blue t-shirt, black pants and Nike sneakers, the same clothing worn by Suspect-1 at the time of the robbery. Officer R. Williams proceeded to conduct a stop of the subject with the assistance of Sergeant A. Parker. The subject was identified as Bobby RANSOM (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇). RANSOM was placed in handcuffs and notification was made to the investigative units on scene of the robbery. While waiting for responding detectives to arrive at the scene of the stop, Officer R. Williams showed RANSOM the still images from the Bank, to which he replied something to the effect of "Yes, that's me."

Detectives Naples, Rimel and FBI agents responded to the scene of the stop and noted that RANSOM was wearing similar or identical clothing as Suspect-1 from the still images provided by the Bank to include the blue shirt, black pants and black sneakers with a white toe and an orange bracelet on his right wrist. In addition, RANSOM had a receding hairline with dreadlocks and a goatee, similar or identical to Suspect-1 in the images from the Bank.



**RANSOM at the scene of the stop**



**Suspect 1**

Search incident to arrest revealed that RANSOM was in possession of $5,640 in US Currency in various denominations of money in his right pants pocket, consistent with the proceeds taken from the Bank. Additionally located in RANSOM's left sock was a small amount of rock like substance. Located in RANSOM's right sock was a clear glass vial filled with amber colored liquid, Detective Naples smelled the vial, which had an odor consistent with that of liquid PCP.

Based upon the above aforementioned facts and circumstances, RANSOM was identified as Suspect-1 involved in the bank robbery. RANSOM was placed under arrest and transported to the Second District station.

**Custodial Interview of RANSOM**

At the Second District station, your affiant and Detective Naples brought RANSOM to an interview room. The interview room was audio and video recorded. Special Agent Bukovec read and explained to RANSOM his *Miranda* rights. RANSOM stated that he understood the rights, waived his rights, and agreed to be interviewed.

Your affiant showed RANSOM, images of the two suspects who exited the Bank. RANSOM identified himself as the suspect in the blue shirt. During the beginning stages of the interview, RANSOM stated that he did not remember robbing a bank, and that he always has money on him. Later in the interview, as explained below, RANSOM acknowledged committing the robbery.

RANSOM was shown a still image from the Bank's video surveillance footage, showing him writing the note. RANSOM at first stated that he was writing a note to his mother. RANSOM would later acknowledge that this note was not actually to his mother, but that he did not remember the exact words. RANSOM acknowledged that the note contained instructions for turning over money.

RANSOM identified the second suspect as a friend of his named "Shawn." RANSOM was concerned about Shawn and wanted to know that he was okay. RANSOM stated that prior to the offense; he and Shawn were at Suitland Metro station, and they took the Metro up to Northwest. RANSOM stated that he then walked into the Bank with Shawn, and then he committed the robbery. RANSOM stated that he did not tell Shawn that he planned to commit the robbery. Detective Naples showed RANSOM a booking photograph of Shawn SEEGARS (         ), and RANSOM confirmed that SEEGARS was the Shawn he was referring to. Depicted below on the left is the booking photo of SEEGARS, and on the right is a photograph of Suspect-2 leaving the Bank.


**SEEGARS**


**Suspect 2**

After the robbery, RANSOM stated that he walked down Georgia Avenue Northwest until he went to the Popeyes and bought food. RANSOM stated that after buying food, he continued walking down Georgia Avenue Northwest until he got to the Georgia Avenue-Petworth Metro station, and that is where he boarded the Metro. While walking to the Metro, RANSOM said that he was giving away money to several unidentified individuals along Georgia Avenue Northwest.

In reference to the narcotics that RANSOM had on his person at the time of his arrest, RANSOM stated that he had purchased those prior to the robbery. RANSOM stated that he was planning on smoking the PCP and that he sells the crack cocaine. RANSOM also stated that prior to the robbery he had approximately $800 on his person.

Based on the above information there is probable cause to believe that on July 31, 2025, within the District of Columbia, Shawn SEEGARS and Bobby RANSOM committed the following offenses:

- Bank Robbery, in violation of Title 18 United States Code, Section 2113(a);
- Hobbs Act Robbery, in violation of Title 18 United States Code, Section 1951; and
- Robbery, in violation of 22 D.C. Code, Section 2801.

Respectfully submitted,

_____
Christopher Bukovec
Special Agent
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 4, 2025.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE